■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY RODRIGUEZ, Appellant. [630 NYS2d 949] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated August 28, 1989 *(People v Rodriguez,* 153 AD2d 762), affirming a judgment of the Supreme Court, Kings County, rendered February 11, 1987, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Sullivan, Thompson, Hart and Friedmann, JJ., concur.